IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIGMA COATINGS S.A. | : | CIVIL ACTION |
| 12 Akti Possidonos | : | |
| GR-185 31 | : | |
| Piraeus, Greece | : | |
|     Plaintiff | : | |
|     v. | : | |
| M/V ANNIE SIERRA, her engines, | : | |
| machinery, tackle, apparel, etc. | : | |
|     and | : | |
| NIMBERO SHIPPING CO. LTD | : | |
| Limassol, Cyprus | : | |
|     and | : | |
| ARGOSY SHIPMANAGEMENT INC. | : | |
| 99 Akti Miaouli | : | |
| Piraeus, Greece | : | |
|     and | : | |
| THESARCO SHIPPING | : | |
| 99 Akti Miaouli | : | |
| Piraeus, Greece | : | NO.: 02-CV-4010 (JF) |

**PRAECIPE TO ISSUE WRIT TO RESTORE VESSEL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to an agreement by and between the parties to remove the Arrest and/or Attachment of the Defendant vessel without prejudice to the parties hereto, we hereby request that a Writ to Restore be issued directing the Marshal to remove the vessel from Arrest and/or Attachment.

                    MATTIONI, LTD

                    BY:_____
                      FAUSTINO MATTIONI, ESQUIRE
                      STEPHEN J. GALATI, ESQUIRE
                      Attorney for Plaintiff(s)

Dated: